# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY YORK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOCHI E. EZENWUGO, et al.,<br><br>　　　　Defendants. | 1:18-cv-00581-GSA-PC<br><br>ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE<br>(ECF No. 5.)<br><br>ORDER FOR PLAINTIFF TO FILE A NEW APPLICATION BEARING HER SIGNATURE WITHIN THIRTY DAYS |

　　　　Dorothy York ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 31, 2018, Plaintiff submitted an application to proceed *in forma pauperis* and a certified copy of her prison trust account, in response to the court's order issued on May 3, 2018. (ECF No. 5.) The application to proceed *in forma pauperis* is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's application shall be stricken from the record and she shall be required to submit a new application bearing her signature, within thirty days. Plaintiff is not required to submit another certified copy of her prison trust account

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, filed on May 31, 2018, is STRICKEN from the record for lack of signature;[1]

2. The Clerk's Office shall send Plaintiff a form application to proceed *in forma pauperis*;

3. Within thirty days from the date of service of this order, Plaintiff is required to submit a new application to proceed *in forma pauperis* bearing Plaintiff's original signature;

4. Plaintiff is not required to submit another certified copy of her prison trust account; and

5. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **June 7, 2018**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] When a document is stricken, it becomes a nullity and is not considered by the court for any purpose. (Informational Order, ECF No. 2 at 2 ¶II.A.)