# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY YORK,<br><br>        Plaintiff,<br><br>    v.<br><br>TOCHI E. EZENWUGO, et al.,<br><br>        Defendants. | 1:18-cv-00581-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO PROVIDE ADDRESSES FOR SERVICE OF PROCESS**<br><br>**THIRTY-DAY DEADLINE** |

      Dorothy York ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) The court screened the Complaint and issued an order on April 22, 2019, directing Plaintiff to complete and submit service documents to enable service of process on defendants Jennifer Adame and Tochi Ezenwugo. (ECF No. 12.)

      On May 30, 2019, Plaintiff submitted the service documents to the court. (ECF No. 14.) However, Plaintiff did not provide addresses for the defendants. The Marshal cannot serve the defendants until Plaintiff provides their addresses. Plaintiff shall be granted thirty days in which to provide addresses for defendants Jennifer Adame and Tochi Ezenwugo.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall provide addresses to the court for defendants Ezenwugo and Adame, to enable service of process; and,

2. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **June 10, 2019**          **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE