UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY YORK,<br><br>Plaintiff,<br><br>v.<br><br>TOCHI E. EZENWUGO, et al.,<br><br>Defendants. | No. 1:18-cv-00581-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Plaintiff Dorothy York is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The case proceeds on plaintiff's original complaint filed April 30, 2019, in which she alleges an Eighth Amendment medical claim against defendants Tochi Ezenwugo and Jennifer Adame. (Doc. No. 1.) On June 10, 2019, the court issued an order requiring plaintiff to provide addresses within thirty days to enable service of process upon defendants Ezenwugo and Adame. (Doc. No. 15.) The thirty-day period passed, and plaintiff did not provide addresses for services. Accordingly, on August 12, 2019, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within thirty days why this case should not be dismissed for plaintiff's failure to provide addresses for purposes of effectuating service upon defendants Ezenwugo and Adame. (Doc. No. 16.) That thirty-day time period has passed, and plaintiff has

1

not provided addresses for service or otherwise responded to the court's orders.

Consequently, on October 8, 2019, the magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with the court's orders of June 10, 2019 and August 12, 2019. (Doc. No. 17.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 8, 2019 (Doc. No. 17) are adopted in full;
2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 16, 2020**

UNITED STATES DISTRICT JUDGE